# Exhibit "A"





# Exhibit "B"

      

# Gillian Anderson Doesn't Think a Third X-Files Movie Would Happen Prior to 2016; Possibly Too Late for an Invasion Storyline

The actress is still interested in doing the film.

by Roth Cornet    JANUARY 19, 2014

Gillian Anderson is busy shooting NBC's midseason thriller Crisis in Chicago. Set to debut this March, the high-concept series follows the kidnapping of several children of Washington D.C.'s elite. Anderson has also been featured in a fascinating guest-starring role on NBC's horror series Hannibal.

Even in the midst of the actress' increasingly busy schedule, though, it's possible that a third X-Files movie may move forward. It was reported last summer that The X-Files creator Chris Carter was developing script and that he, Anderson, and David Duchovny were all interested in reunited for the long-awaited film.

IGN was able to sit down with Anderson today to talk about her new drama Crisis (stay tuned for more on that). During the course of our conversation, we touched on oft-discussed X-Files movie. The actress indicated that she's still very open to returning to that world for a third film, but that she felt that it was unlikely to go into production in the near future.

"I'm sure it is being thought out," the actress said when asked if discussions about the film continued. "Looking at my schedule it's probably unlikely to happen before 2016, but that's the way things go."



*Classic Mulder and Scully.*

Anderson said that she isn't sure which storyline the film may draw from, as she doesn't get involved in those specifics, but that she felt that it may be "too late" to pursue the 2012 alien colonization through-line that the series established. "I'm not sure people would be interested in that anymore," Anderson reflected. "I don't know."

The date has come and gone, of course. It's possible that the film could be set in the recent past, though, or that Carter may find some other way to deal with the invasion.

    

In an August interview with *Empire*, the creator said he felt that it was important to address the colonization in some way. "The date (which was December 22, 2012 in the series) has passed, and that is something we wouldn't ignore," Carter explained. "For the second movie, we only had the budget for a standalone story, but we want to go back to the mythology."

We will keep you updated as details on the third X-Files film emerge.

Crisis premieres on NBC on Sunday March 16 at 10/9c.

*Roth Cornet is an Entertainment Editor for IGN. You can follow her on Twitter at @RothCornet and IGN at Roth-IGN.*

by Roth Cornet





News: Star Wars 1313 Trademark Abandoned by Disney

  

You must be logged in to post a comment.

blog comments powered by Disqus

IGN.com: | Editorial Staff | Review Guide | Send Us News | Sign Up for Email Updates | Site Map
International: | IGN World Map | Australia | Asia Pacific | Benelux | Canada | Denmark | Finland | Germany |
Ireland | Italy | Middle East | Norway | Russia | Spain | Sweden | United Kingdom | United States

Get the IGN Games Newsletter - Over 2 Million Served!
Enter email address    Count Me In

Copyright 1996-2014, IGN Entertainment, Inc.   An IGN Entertainment Games site
IGN | AskMen | GameSpy | 1Up | IPL
About Us | Advertise | Contact Us | Press | Careers | RSS Feeds
Support | Privacy Policy | User Agreement | AdChoices

- TOP 10
- VIDEOS
- GALLERIES
- FEATURES
- HISTORY MENtors
- TRUE NATURE

**LOOK BETTER**
- THE 9 SHOPS
- STYLE
- GROOMING
- HEALTH & SPORTS

**LIVE BETTER**
- DATING
- SEX
- FINE LIVING
- POWER & MONEY

**KNOW BETTER**
- RECESS
- CELEBS
- CARS
- CITY GUIDES




ENTERTAINMENT › TV/Music Guide › Emmy-Winning TV Series On Netflix



# Emmy-Winning TV Series On Netflix

18 Incredible Shows You've Never Seen Before That You Need To Netflix, ASAP



Neal Stastny                                              Print

Share on Facebook    Tweet on Twitter                  SHARES



Page 1 of 3

Netflix received a total of 31 nominations for tonight's Primetime Emmy Awards. That's more nominations than Fox or Comedy Central. Netflix's original programming is going to receive a lot of attention tonight. And they should. Most of us binge watched those shows in a week and can't wait for the new seasons to come out.

Luckily, there are plenty of other Emmy winning shows on Netflix to watch while we wait for our favorite shows to come back. You probably know that Netflix has old seasons of *Mad Men*, *Breaking Bad* and *The Killing*, but we're here to help you find complete seasons of shows you probably haven't seen but will suck you in just as much as Netflix's original programming.

**1. Columbo**



In 2013 the Writers Guild of America ranked *Columbo* No. 57 on its list the 101 best-written television series. Peter Falk won an Emmy in the show's



SPECIAL FEATURE
**REQUIRED READING: 30 WAYS TO LOOK, WORK & LIVE BETTER THIS FALL**
› READ MORE

ENTERTAINMENT AND CELEBRITY
**HOUDINI NEW SERIES OFFICIAL TRAILER HD VIDEO**
› READ MORE

ENTERTAINMENT AND CELEBRITY
**DAVID BRENT: CHRIS FCK OFF**
› READ MORE

ENTERTAINMENT AND CELEBRITY
**JOHN OLIVER TAKES ON DR OZ AND NUTRITIONAL SUPPLEMENTS**
› READ MORE

ENTERTAINMENT AND CELEBRITY
**DAVID BRENT: THE DANCE**
› READ MORE

ENTERTAINMENT AND CELEBRITY
**THE FERGUSON, MO SITUATION IS GETTING OUT OF CONTROL OR IS IT? JOHN OLIVER KNOWS.**
› READ MORE

TOP 10
**TOP 49 INFLUENTIAL MEN: REED HASTINGS 8**
› READ MORE

ENTERTAINMENT AND CELEBRITY
**THE LATEST TRAILER FOR NBC'S CONSTANTINE REVEALS SOME PRETTY AWESOME DC TIES**
› READ MORE

FASHION ADVICE
**WHO ROCKED THE BEST LOOK AT THIS YEAR'S EMMY AWARDS?**
› READ MORE

first season for playing Detective Columbo, and the show went on to win 12 more Emmys throughout its run. Columbo is kind of like an earlier, better version of *Law & Order*. There are no actual court scenes, but there are plenty of bizarre murders committed by amazing guest stars like Johnny Cash or John Cassavetes.

2. **Magnum P.I.**



If you like detective shows but want more of a brawny, mustachioed detective than a short, disheveled one, then *Magnum P.I.* is for you. Tom Selleck plays Thomas Magnum, a private detective who can take on cases that suit him while being allowed to live in the guest house on the Hawaiian estate of the mysterious, wealthy novelist Robin Masters. It's a ridiculous premise, but the show is amazing and all seven seasons are on Netflix. Watch it and try to not get too jealous of Selleck for winning an Emmy by driving around Hawaii in a Ferarri and helping out hot babes.

3. **Bob's Burgers**



Maybe decades-old detective shows aren't your thing. If that's the case, check out *Bob's Burgers*. *Bob's Burgers* recently won an Emmy for Outstanding Animated Program in it's fourth season. Netflix only has seasons 1-3, but the second and third seasons were both nominated for Outstanding Animated Program. It's time to turn off your DVDs of classic seasons of *Family Guy* and *The Simpsons* and get into *Bob's Burgers*.

4. **Freaks and Geeks**







It's hard to believe, but a show written and directed by Judd Apatow and Paul Feig and starring James Franco, Seth Rogen, Jason Segel and Linda Cardellini would be cancelled after one season, but that's what happened with *Freaks and Geeks*.

Still, that one season was enough for it to be named one of *Time* magazine's 100 Greatest Shows of All Time. As proof that the Emmy judges know what they're doing, *Freaks and Geeks* also won for Outstanding Casting for a Comedy Series.

**5. Quantum Leap**



Scott Bakula won an Emmy in 1992 for playing the time-traveling, identity-borrowing physicist Sam Beckett in *Quantum Leap*. The show was ranked # 15 on *TV Guide*'s top cult shows ever. The show ran for five seasons in primetime on NBC, so it seems odd to call it a "cult show," but it does heavily feature a womanizing, cigar-smoking hologram that only Sam, children, animals and the mentally ill can see, so maybe "cult show" is appropriate.

**6. The X-Files**





If you like sci-fi and find a show dedicated to time travel to be a little limiting, then check out *The X-Files*. Over nine seasons, *The X-Files* was nominated for 62 Emmys and won 16 of them, including Outstanding Actress in a Leading Role for Gillian Anderson's portrayal of Dana Scully. Not only does the show have plenty of aliens, ghosts and demons, it also has some of the best sexual tension between the two main characters of any TV show.

**NEXT PAGE**

    

## COMMENTS

Share your opinion

**POST YOUR COMMENT**

**LOAD COMMENTS**

### MORE LIKE THIS



**FUN LISTS**
**NETFLIX ALERT: HERE'S WHY YOU'RE GOING TO BE SPENDING ALL OF SEPTEMBER INDOORS**
› READ MORE



**RECOMMENDED**
**HEADS UP - HERE'S WHAT EVERY GUY SHOULD BE WATCHING THIS WEEK**
› READ MORE



**ENTERTAINMENT AND CELEBRITY**
**TOP 99 2014: 41 MIREILLE ENOS**
› READ MORE

### PROMOTED

**SCRIBOL**
**[GALLERY] THINGS JUST AREN'T THE SAME BETWEEN WILLIAM AND KATE AND NOW WE KNOW WHY**
› READ MORE

**TREND CHASER**
**REMEMBER SANDRA BULLOCK'S SON? TRY NOT TO GASP WHEN YOU SEE HOW HE LOOKS NOW**
› READ MORE

**ICE POP**
**IF YOU CAN PASS THIS QUIZ, YOUR IQ IS AT LEAST 140**
› READ MORE

### BEST OF THE WEB



**BEST OF THE WEB**
**WHAT AOL INSTANT MESSENGER TAUGHT ME ABOUT SEX**
› READ MORE



**BEST OF THE WEB**
**8 'SEXY' ADS THAT WILL HAUNT YOUR DREAMS**
› READ MORE

**SPECIAL FEATURES**



SPECIAL FEATURE

**REQUIRED READING: 30 WAYS TO LOOK, WORK & LIVE BETTER THIS FALL**

> READ MORE

ABOUT US • FOLLOW US • ADVERTISE • NEWSLETTER • PRIVACY • •