# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GRECCO PRODUCTIONS, INC.,<br>　　　Plaintiff,<br><br>　　　　v.<br><br>ZIFF DAVIS, LLC,<br>　　　　Defendant. | CV 19-4776 DSF (PJWx)<br><br>JUDGMENT |

The Court having granted a motion to dismiss without further leave to amend,

IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed with prejudice, and that Defendant recover costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Date: November 18, 2019

_Dale S. Fischer_
Dale S. Fischer
United States District Judge