1
2
3
4
5
6
7
8
9
10
11
12

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GRECCO PRODUCTIONS, INC. d/b/a MICHAEL GRECCO PHOTOGRAPHY, INC., <br><br> Plaintiff, <br><br> v. <br><br> ZIFF DAVIS, LLC; and DOES 1 through 10 inclusive, <br><br> Defendants. | Case No. 2:19-cv-04776-DSF-PJW <br><br> **ORDER RE JOINT STIPULATION DEFERRING MOTION FOR ATTORNEYS' FEES** <br><br><br> Judge: Hon. Dale S. Fischer |

The Court, having considered the Parties' Joint Stipulation Deferring Motion for Attorneys' Fees ("Joint Stipulation"), orders as follows:

1. Unless otherwise stipulated by the parties and/or ordered by this Court, any motion and/or application(s) for attorneys' fees and/or costs not governed by Fed. R. Civ. P. 54(d)) shall be filed according to the following timetable, depending on whether Grecco files a timely Notice of Appeal:

   a. In the event that Grecco files a timely Notice of Appeal on or before December 19, 2019, Ziff Davis shall file its motion and/or application(s) within fourteen (14) days after the Court of Appeals for the Ninth Circuit returns the Mandate to this Court; or

   b. In the event that Grecco does not file a Notice of Appeal on or before December 19, 2019, Ziff Davis shall file its motion and/or application(s) on or before January 10, 2020.

2. This Order shall not affect the deadlines (including any filing or response deadlines) or procedures for any Application to Tax Costs Under Fed. R. Civ. P. 54(d) and L.R. 54-2.  This Order also does not affect the deadline for filing any appeal or any other deadlines in the case.

IT IS SO ORDERED.

DATED:  December 2, 2019

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE