**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

DEC 3 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MICHAEL GRECCO PRODUCTIONS, INC., DBA Michael Grecco Photography, Inc., <br><br> Plaintiff-Appellant, <br><br> v. <br><br> ZIFF DAVIS, LLC, <br><br> Defendant-Appellee. | No.   19-56465 <br><br> D.C. No. <br> 2:19-cv-04776-DSF-PJW <br> Central District of California, <br> Los Angeles <br><br> ORDER |

Before:  FERNANDEZ, PAEZ, and OWENS, Circuit Judges.

Appellee's unopposed motion for an extension of time within which to file a petition for panel rehearing and/or petition for rehearing en banc is GRANTED. The petition shall be filed on or before January 8, 2021.