UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:19-cv-04776-DSF-JC | Date | March 19, 2021 |
|---|---|---|---|
| Title | Michael Grecco Productions, Inc., etc. v. Ziff Davis, LLC, et al. | | |

| Present: The Honorable | Jacqueline Chooljian, United States Magistrate Judge | |
|---|---|---|
| Kerri Hays | AT&T Recording 3-19-21 | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorney Present for Plaintiff:   Attorney Present for Defendants:

Ryan e. Carreon   Guy Ruttenberg
   Micheal Eshaghian

**Proceedings:**   TELEPHONIC STATUS CONFERENCE

Case called. Counsel made their appearances. The Court heard from counsel regarding scheduling and the status of discovery relating to the statute of limitations issue.

The Court set **March 26, 2021** as the deadline to make initial disclosures relating to the statute of limitations issue.

The Court set **July 16, 2021** as the deadline to complete discovery on the statute of limitations issue.

The Court advised counsel to contact the Clerk regarding the setting of any interim status conference(s) regarding discovery disputes/scheduling as may be appropriate.

: 35

Initials of Preparer   klh