1   Mathew K. Higbee, Esq. SBN 241380
    Ryan E. Carreon, Esq., SBN 311668
2   **HIGBEE & ASSOCIATES**
    1504 Brookhollow Dr., Suite 112
3   Santa Ana, CA 92705
    (714) 617-8336
4   (714) 597-6559 facsimile
    mhigbee@higbeeassociates.com
5   rcarreon@higbeeassociates.com

6   *Attorney for Plaintiff,*
    MICHAEL GRECCO PRODUCTIONS, INC.,

7

8              **UNITED STATES DISTRICT COURT**
               **CENTRAL DISTRICT OF CALIFORNIA**
9

10  MICHAEL GRECCO PRODUCTIONS,       Case No. 2:19-cv-04776-DSF-JC
    INC. d/b/a MICHAEL GRECCO
    PHOTOGRAPHY, INC.,                **DECLARATION OF MICHAEL**
11                                    **GRECCO**

12                   Plaintiff,

13  v.

14  ZIFF DAVIS, LLC; and DOES 1
    through 10 inclusive,
15

16                   Defendant.

17

18

19

20

21

22

23

24

25

26

27

28

                                     i
                      **DECLARATION OF MICHAEL GRECCO**

# DECLARATION OF MICHAEL GRECCO

I, Michael Grecco, declare as follows:

1.     I am over the age of 18 years old. I have personal knowledge of all matters stated herein, and if called as a witness, I could and would competently testify thereto.

2.     I am the owner of Plaintiff Michael Grecco Productions, Inc. ("MGP").

3.     In 2018, MGP was looking for counsel to represent it on various copyright infringement matters.

4.     On March 27, 2018, MGP employee Tornia Yamada sent an email to attorney Yifat Hassid Ruttenberg, the wife of Ziff Davis' current counsel Guy Ruttenberg, inquiring as to whether she might know of an attorney who would be interested in representing MGP on copyright infringement matters.

5.     Ms. Yamada's email contained confidential information concerning MGP's copyright enforcement strategy, including information with respect to its use of reverse image search technologies such as ImageRights, and confidential financial information related to MGP's valuation of copyright litigation claims.

6.     Yifat Hassid Ruttenberg responded on March 28, 2018 stating that "Guy does some IP work" and that she would speak with him to see if he might know of someone who would be interested in the representation.

7.     The email containing the confidential information was subsequently forwarded directly to Guy Ruttenberg.

8.     On April 10, 2018, Ms. Yamada sent a follow up email to see if Guy Ruttenberg would be willing to get on a call with me to discuss whether he would be interested in the potential representation of MGP on copyright matters.

9.     That same day, Yifat Hassid Ruttenberg emailed Guy Ruttenberg directly to see if he knew of anyone who could help with the matter and copied Ms. Yamada.

10.     Attached hereto as Exhibit A is a true and correct copy of the email correspondence containing the confidential information, which was forwarded directly to Guy Ruttenberg.

11.     On April 12, 2018 an attorney from Ruttenberg IP law, Bassil Madanat, sent an email to Ms. Yamada and copied Guy Ruttenberg and another employee, Jean Lee.

12.     In the email, Mr. Madanat stated that Guy Ruttenberg had forwarded him Ms. Yamada's email, and requested that I and Ms. Yamada get on a call with him.

13.     I understood the purpose of the phone call to be a consultation with Ruttenberg IP Law to determine whether Ruttenberg IP Law would be willing to represent MGP in copyright infringement matters.

14.     The next day, on April 13, 2018, myself, Ms. Yamada, and Mr. Madanat spoke on the telephone.

15.     During the course of the telephone call with Mr. Madanat, I candidly discussed confidential information concerning MGP's copyright enforcement practices, including confidential information regarding MGP's use of reverse image search technology, and confidential financial information regarding MGP's copyright infringement matters.

16.     On April 17, 2018, Mr. Madanat sent an email to Ms. Yamada and myself, and copied to Guy Ruttenberg, stating that "Guy is in and out of the office this week, but is up to speed on our conversation from Friday."

17.     Attached hereto as Exhibit B is a true and correct copy of the email correspondence.

18.     On April 24, 2018, Yifat Hassid Ruttenberg sent an email to Guy Ruttenberg and Ms. Yamada following up to see if Guy Ruttenberg had been able to connect regarding the potential representation of MGP.

**DECLARATION OF MICHAEL GRECCO**

19.     Ms. Yamada responded stating that we had spoken to Mr. Madanat previously and that he "took down notes about what we are looking for and he said he'd relate them back to [Guy]."

20.     Attached hereto as Exhibit C is a true and correct copy of the email correspondence.

21.     Ultimately, MGP did not retain Ruttenberg IP Law.

22.     During the course of discovery in this matter, Ziff Davis has sought information concerning MGP's relationship with ImageRights International, Inc., MGP's practices with reverse image search, and MGP's other copyright litigation matters.

23.     On May 28, 2021, Ziff Davis served a 30(b)(6) deposition notice, as well as deposition notices for myself and Ms. Yamada.

24.     Attached hereto as Exhibit D is a true and correct copy of the 30(b)(6) deposition notice served by Ziff Davis.

25.     Topics 2, 3, 8, and 9 have to do with MGP's use of reverse image search technology, and Topic 9 has to do with MGP's relationship with ImageRights International, Inc.

26.     These are directly related to the confidential matters that were previously disclosed by MGP to Ruttenberg IP Law in 2018.

27.     While preparing for the deposition, I became aware of the email correspondence set forth above and realized that the Ruttenberg IP Law that was counsel for Ziff Davis was the same firm that MGP had previously consulted with in 2018.

28.     I believe that the confidential information MGP disclosed to Ruttenberg IP Law is directly material to the issues currently being litigated between MGP and Ziff Davis, and that Ruttenberg IP Law's prior receipt of this confidential information could be used By Ziff Davis and/or Ruttenberg IP Law to gain an unfair advantage in the litigation.

**DECLARATION OF MICHAEL GRECCO**

1        I certify under penalty of perjury under the laws of the United States that the

2   foregoing is true and correct.

3        Executed on June 25, 2021 at Los Angele, California.

4

5

6

7                                              Michael Grecco

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DECLARATION OF MICHAEL GRECCO**

# Exhibit "A"

**From:** **Torina Yamada** studio@michaelgrecco.com
**Subject:** Re: Torina (Infringement)
**Date:** April 10, 2018 at 1:42 PM
**To:** yhassid@hassidlaw.com, guy@ruttenbergiplaw.com



Oh my Gosh! I am more than excited!!!!!!!!!!!

I know it's hectic, and although I'd love to come to the hospital, just let me know when I can come visit. I know today is too much!

I'll be praying for a fast and safe delivery. You're awesome Yifat (and Guy), get ready for a new type of love to hit you!

I love you soo much, well, all of you! Congrats, congrats, congrats!

Kindly,
Torina


Torina Yamada
Studio Manager
O: 310-452-4461
C: 310-913-4021 <tel:310-452-4461>
michaelgrecco.com <http://michaelgrecco.com/>
LÜRZER'S ARCHIVE 200 BEST PHOTOGRAPHERS 2014/2015
"I go out every day with the intention of breaking visual rules,
to create an evocative, cinematic image that inspires" - Michael Grecco
On 4/10/18, 1:38 PM, "yhassid@hassidlaw.com" <yhassid@hassidlaw.com> wrote:

  Hi!  We're at Cedars trying to get the little muffin out of the oven!

  Guy- do you know anybody who can help Michael in this matter?


On 2018-04-10 12:47, Torina Yamada wrote:
Hi, I wanted to check in with you on this!

Do you think Guy would take a phone call with Michael next week?

He's really eager, and so am I, to get them connected.

Hope you're well and of course my little muffin!

Let me know if you need anything.

Kindly,

Torina

TORINA YAMADA

Studio Manager

O: 310-452-4461

C: 310-913-4021 [1]

michaelgrecco.com [2]

LÜRZER'S ARCHIVE 200 BEST PHOTOGRAPHERS 2014/2015

_"I GO OUT EVERY DAY WITH THE INTENTION OF BREAKING VISUAL RULES,_

_TO CREATE AN EVOCATIVE, CINEMATIC IMAGE THAT INSPIRES"_ - Michael Grecco

FROM: Yifat Hassid Ruttenberg <yhassid@hassidlaw.com>
DATE: Wednesday, March 28, 2018 at 12:41 PM
TO: Studio Manager <studio@MichaelGrecco.com>
SUBJECT: RE: Torina (Infringement)

Got it!

; )

FROM: Torina Yamada [mailto:studio@MichaelGrecco.com]
SENT: Wednesday, March 28, 2018 12:30 PM
TO: Yifat Hassid Ruttenberg <yhassid@hassidlaw.com>
SUBJECT: Re: Torina (Infringement)

Awesome, thank you!!! ███████████████████████

████████████████████ Again, thank you!!!!

Get Outlook for iOS [3]

FROM: Yifat Hassid Ruttenberg <yhassid@hassidlaw.com>
SENT: Wednesday, March 28, 2018 12:18:45 PM
TO: Torina Yamada
SUBJECT: RE: Torina (Infringement)

Guy does some IP work, he's going to ask around and see if he knows
anybody who can help out with this.  : )

FROM: Torina Yamada [mailto:studio@MichaelGrecco.com]
SENT: Tuesday, March 27, 2018 3:28 PM
TO: yhassid@hassidlaw.com
SUBJECT: Torina (Infringement)

Hi my dear!

████████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
██████████████████████████████████████
████████████████████████████████
██████████████████████████████████████████
██████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
██████████████████████████████████
█████████████

████████████████████████████████████████

That's pretty much the gist, let me know if you need more info.

Like always, thank you and I love you very much!

Kindly,

Torina

TORINA YAMADA

Studio Manager

O: 310-452-4461

C: 310-913-4021 [1]

michaelgrecco.com [2]

LÜRZER'S ARCHIVE 200 BEST PHOTOGRAPHERS 2014/2015

_"I GO OUT EVERY DAY WITH THE INTENTION OF BREAKING VISUAL RULES,_

_TO CREATE AN EVOCATIVE, CINEMATIC IMAGE THAT INSPIRES"_ - Michael
Grecco

Links:
------
[1] tel:310-452-4461
[2] http://michaelgrecco.com/
[3] https://aka.ms/o0ukef

# Exhibit "B"

**From:** **Torina Yamada** studio@MichaelGrecco.com 📎
**Subject:** Re: Micheal Grecco
**Date:** April 17, 2018 at 3:37 PM
**To:** Bassil Madanat Bassil@ruttenbergiplaw.com, Michael Grecco Michael@MichaelGrecco.com
**Cc:** Guy Ruttenberg guy@ruttenbergiplaw.com, Jean Lee jean@ruttenbergiplaw.com

Thanks Bassil, I'll be seeing Guy tomorrow, but yes, we do look forward to a call with all of us, in the next couple of days!

**From:** Bassil Madanat <Bassil@ruttenbergiplaw.com>
**Sent:** Tuesday, April 17, 2018 3:33:52 PM
**To:** Michael Grecco; Torina Yamada
**Cc:** Guy Ruttenberg; Jean Lee
**Subject:** RE: Micheal Grecco

Hi Michael/Torina:

Guy is in and out of the office this week, but is up to speed on our conversation from Friday and will get in touch with you within the next couple of days.

Hope you're both having a nice week!

Bassil Madanat

**From:** Bassil Madanat
**Sent:** Friday, April 13, 2018 10:54 AM
**To:** 'Torina Yamada' <studio@MichaelGrecco.com>
**Cc:** Michael Grecco <Michael@MichaelGrecco.com>; Guy Ruttenberg <Guy@ruttenbergiplaw.com>; Jean Lee <jean@ruttenbergiplaw.com>
**Subject:** RE: Micheal Grecco

Excellent.  Talk soon!

Bassil

**From:** Torina Yamada [mailto:studio@MichaelGrecco.com]
**Sent:** Friday, April 13, 2018 10:48 AM
**To:** Bassil Madanat <Bassil@ruttenbergiplaw.com>
**Cc:** Michael Grecco <Michael@MichaelGrecco.com>; Guy Ruttenberg <Guy@ruttenbergiplaw.com>; Jean Lee <jean@ruttenbergiplaw.com>
**Subject:** Re: Micheal Grecco

Morning Bassil,
Best number to reach us at is 310-452-4461.

Looking forward to the call!

Kindly,
Torina




MICHAEL **GRECCO**
PHOTOGRAPHY

**Torina Yamada**
Studio Manager
O: 310-452-4461
C: 310-913-4021
michaelgrecco.com

**LÜRZER'S ARCHIVE 200 BEST PHOTOGRAPHERS 2014/2015**
*"I go out every day with the intention of breaking visual rules,*
*to create an evocative, cinematic image that inspires"* - Michael Grecco

**From:** Bassil Madanat <Bassil@ruttenbergiplaw.com>
**Date:** Friday, April 13, 2018 at 7:01 AM
**To:** Studio Manager <studio@MichaelGrecco.com>
**Cc:** Michael Grecco <Michael@MichaelGrecco.com>, Guy Ruttenberg
<Guy@ruttenbergiplaw.com>, Jean Lee <jean@ruttenbergiplaw.com>
**Subject:** Re: Micheal Grecco

Thanks. 4pm today works for me. Is there a specific number you'd like me to call?

Bassil

Sent from my iPhone

On Apr 12, 2018, at 7:35 PM, Torina Yamada <studio@MichaelGrecco.com> wrote:

> Good evening Bassil,
>
> Thank you for jump starting this process. Michael and I have availability
> tomorrow at 4pm, if that works for you?
>
> If not, he can also jump on a call Monday at 2:15pm, please let me know which
> works best for you.
>
> Thanks!
>
>
> **From:** Bassil Madanat <Bassil@ruttenbergiplaw.com>
> **Sent:** Thursday, April 12, 2018 6:24:41 PM
> **To:** Torina Yamada
> **Cc:** Guy Ruttenberg; Jean Lee
> **Subject:** FW: Micheal Grecco
>
> Dear Ms. Yamada:
>
> My name is Bassil Madanat.  I am an Associate working with Guy
> Ruttenberg, and he forwarded me your message below.  (We are just as
> excited about the baby!)  I am generally available for a call tomorrow (Friday)
> if that works for you/Mr. Grecco.  Please let me know your availability, and we
> can go from there.

can go from there.

Thanks, and have a great evening.

Bassil G. Madanat
Associate Attorney
Ruttenberg IP Law, A Professional Corporation
_____
1801 Century Park East, Suite 1920
Los Angeles, CA 90067
Main Line:   (310) 627-2270
Direct Line: (310) 627-2277
Facsimile:   (310) 627-2260
Email: bassil@ruttenbergiplaw.com
www.ruttenbergiplaw.com

NOTICE: The information contained in this e-mail and any accompanying documents is confidential, may be privileged, and is intended solely for the person and/or entity to whom it is addressed (i.e. those identified in the "To" and "cc" box). This information is the property of Ruttenberg IP Law, A Professional Corporation. Unauthorized review, use, disclosure, or copying of this communication, or any part thereof, is strictly prohibited and may be unlawful. If you have received this e-mail in error, please return the e-mail and attachments to the sender and delete the e-mail and attachments and any copy from your system.

Begin forwarded message:

> **From:** Torina Yamada <studio@MichaelGrecco.com>
> **Date:** April 12, 2018 at 10:12:20 AM PDT
> **To:** "guy@ruttenbergiplaw.com" <guy@ruttenbergiplaw.com>
> **Subject: Micheal Grecco**
>
> Good morning Guy,
> Mazel tov on your and Yifat's bundle of joy. I can't wait to meet him…
>
> I'm so excited!
>
> On that note, my boss Michael Grecco is eager to get on a call with you about his needs. I know you're really busy right now, so if you have a partner or associate you'd like to take the call for you, that'd be great too.
> Please let me know, thank you!
>
>
> Kindly,
> Torina
>
> <image001.png>
> **Torina Yamada**
> Studio Manager
> O: 310 453 4461

C: 310-452-4461
C: 310-913-4021
michaelgrecco.com

**LÜRZER'S ARCHIVE 200 BEST
PHOTOGRAPHERS 2014/2015**
*"I go out every day with the intention of breaking visual rules,
to create an evocative, cinematic image that inspires"* -
Michael Grecco

# Exhibit "C"

From: **Torina Yamada** studio@MichaelGrecco.com 📎
Subject: Re: Torina (Infringement)
Date: April 24, 2018 at 4:01 PM
To: Yifat Hassid Ruttenberg  yhassid@hassidlaw.com
Cc: guy@ruttenbergiplaw.com



Yifat, we spoke to Bassil in Guy's office already. We actually need to have a follow up call. Guy, when you have time we'd love to chat with you. Bassil took down notes about what we are looking for and he said he'd relate them back to you.

Thanks Yifat!!!! Can't wait for tomorrow!

Get Outlook for iOS

**From:** Yifat Hassid Ruttenberg <yhassid@hassidlaw.com>
**Sent:** Tuesday, April 24, 2018 3:57:59 PM
**To:** Torina Yamada
**Cc:** guy@ruttenbergiplaw.com
**Subject:** RE: Torina (Infringement)

Guy, are you able to connect Michael with anybody for this?

**From:** Torina Yamada [mailto:studio@MichaelGrecco.com]
**Sent:** Tuesday, April 10, 2018 12:48 PM
**To:** Yifat Hassid Ruttenberg <yhassid@hassidlaw.com>
**Subject:** Re: Torina (Infringement)

Hi, I wanted to check in with you on this!

Do you think Guy would take a phone call with Michael next week?

He's really eager, and so am I, to get them connected.

Hope you're well and of course my little muffin!

Let me know if you need anything.

Kindly,
Torina



**Torina Yamada**
Studio Manager
O: 310-452-4461
C: 310-913-4021
michaelgrecco.com
**LÜRZER'S ARCHIVE 200 BEST PHOTOGRAPHERS 2014/2015**
*"I go out every day with the intention of breaking visual rules,
to create an evocative, cinematic image that inspires"* - Michael Grecco

**From:** Yifat Hassid Ruttenberg <yhassid@hassidlaw.com>

**Date:** Wednesday, March 28, 2018 at 12:41 PM
**To:** Studio Manager <studio@MichaelGrecco.com>
**Subject:** RE: Torina (Infringement)

Got it!
; )

---

**From:** Torina Yamada [mailto:studio@MichaelGrecco.com]
**Sent:** Wednesday, March 28, 2018 12:30 PM
**To:** Yifat Hassid Ruttenberg <yhassid@hassidlaw.com>
**Subject:** Re: Torina (Infringement)

Awesome, thank you!!! ██████████████████████████████████
████████████ Again, thank you!!!!

Get Outlook for iOS
**From:** Yifat Hassid Ruttenberg <yhassid@hassidlaw.com>
**Sent:** Wednesday, March 28, 2018 12:18:45 PM
**To:** Torina Yamada
**Subject:** RE: Torina (Infringement)

Guy does some IP work, he's going to ask around and see if he knows anybody who can help out with this.  : )

---

**From:** Torina Yamada [mailto:studio@MichaelGrecco.com]
**Sent:** Tuesday, March 27, 2018 3:28 PM
**To:** yhassid@hassidlaw.com
**Subject:** Torina (Infringement)

Hi my dear!

██████████████████████████████████████████████
████████████████████████████████████████████████
██████████████████████████████████████████████
██████████████████████████████████████
████████████████████████████████████████████
██████████████████████████████████████
████████████████████████████████████████████████

████████████████████████████████████████████
██████████████████████████████████
That's pretty much the gist, let me know if you need more info.

Like always, thank you and I love you very much!

Kindly,

Torina



**Torina Yamada**
Studio Manager
O: 310-452-4461
C: 310-913-4021
michaelgrecco.com
**LÜRZER'S ARCHIVE 200 BEST PHOTOGRAPHERS 2014/2015**
*"I go out every day with the intention of breaking visual rules,*
*to create an evocative, cinematic image that inspires"* - Michael Grecco

# Exhibit "D"

Guy Ruttenberg, Bar No. 207937
guy@ruttenbergiplaw.com
Michael Eshaghian, Bar No. 300869
mike@ruttenbergiplaw.com
RUTTENBERG IP LAW,
A PROFESSIONAL CORPORATION
1801 Century Park East, Suite 1920
Los Angeles, CA 90067
Telephone: (310) 627-2270
Facsimile: (310) 627-2260

*Attorneys for Defendant Ziff Davis, LLC*

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GRECCO PRODUCTIONS, INC. d/b/a MICHAEL GRECCO PHOTOGRAPHY, INC., <br><br> Plaintiff, <br><br> v. <br><br> ZIFF DAVIS, LLC; and DOES 1 through 10 inclusive, <br><br> Defendants. | Case No. 2:19-cv-04776-DSF-JC <br><br> **DEFENDANT ZIFF DAVIS, LLC'S NOTICE OF DEPOSITION OF PLAINTIFF MICHAEL GRECCO PRODUCTIONS, INC. d/b/a MICHAEL GRECCO PHOTOGRAPHY, INC. PURSUANT TO RULE 30(b)(6)** <br><br> Judge:    Hon. Dale S. Fischer |

NOTICE OF DEPOSITION PURSUANT TO RULE 30(b)(6)

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 30(b)(6), Defendant Ziff Davis, LLC ("Ziff Davis" or "Defendant"), by and through its undersigned counsel, will take the deposition of Plaintiff Michael Grecco Productions, Inc. d/b/a Michael Grecco Photography, Inc. ("Grecco" or "Plaintiff") at 9:00 a.m., on July 1, 2021, at the offices of Ruttenberg IP Law, A Professional Corporation, 1801 Century Park East, Suite 1920, Los Angeles, CA 90067, or at another mutually agreed date and location, including an agreed-upon remote location. The deposition will be taken before an officer authorized to administer oaths and will continue day-to-day until it is completed or will be continued until completed at a future date or dates.  Plaintiff is hereby requested to designate one or more of its officers, directors, agents, or other persons authorized to testify on its behalf regarding the topics set forth below.

PLEASE TAKE FURTHER NOTICE that, pursuant to Rule 30(b)(3) of the Federal Rules of Civil Procedure, the deposition(s) will be recorded by stenographic and audiovisual means, and may utilize instant visual display of the testimony.

PLEASE TAKE FURTHER NOTICE that we reserve the right to conduct this deposition utilizing a paperless exhibit display process called Exhibit Share provided and supported by Veritext Legal Solutions.  The parties are advised that one paper set of exhibits will be utilized at the deposition for the court reporter's purposes of compiling, exhibit stamping, and ultimate production of the final certified transcript. However, no other paper copies will be provided as they will be available for visual display using Exhibit Share.  Please contact the noticing attorney at least five (5) calendar days prior to the deposition to advise that it is your desire to be set up for Exhibit Share access so that the necessary credentials, testing and information, if necessary, can be provided to you prior to the proceedings. For information and available tutorial videos demonstrating Exhibit Share, please utilize this link to access additional information:

https://www.veritext.com/services/exhibitshare.

NOTICE OF DEPOSITION PURSUANT TO RULE 30(b)(6)

PLEASE TAKE FURTHER NOTICE that we reserve the right to conduct this deposition utilizing the secure web-based deposition option afforded by Veritext or in the alternative video teleconferencing (VTC) services or telephonically only to provide remote/virtual access for those parties wishing to participate in the deposition via the internet and/or telephone.  Also take notice that, the court reporter may also be remote via one of the options above for the purposes of reporting the proceeding and may or may not be in the presence of the deponent.  Please contact the noticing attorney at least five (5) calendar days prior to the deposition to advise that it is your desire to appear via this remote participating means so that the necessary credentials, call-in numbers, testing and information, if necessary, can be provided to you prior to the proceedings.  In addition, we also reserve the right to utilize instant visual display technology such that the court reporter's writing of the proceeding will be displayed simultaneous to their writing of same on one's laptop, iPad, tablet or other type of display device connected to the court reporter.

## DEPOSITION TOPICS

**TOPIC NO. 1:**

The factual basis supporting Your contention that "[p]rior to discovering Defendant's unauthorized use of the Images, MGP was not aware of Defendant or Defendant's Websites, nor had never been aware of any of its photographs being used by Defendant or on any of Defendant's Websites."

**TOPIC NO. 2:**

How and when You started using reverse image searching (i) in general and (ii) to search for potential copyright infringers.

**TOPIC NO. 3:**

Your knowledge and use of reverse image search technology, including the dates of such knowledge.

NOTICE OF DEPOSITION PURSUANT TO RULE 30(b)(6)

**TOPIC NO. 4:**

How and when You learned of the Ziff Davis websites identified in Your Complaint, including www.askmen.com and www.ign.com.

**TOPIC NO. 5:**

How and when You discovered the Images on Ziff Davis' websites, and what led You to search for them.

**TOPIC NO. 6:**

Any instances where You asserted, or threatened to assert, claims for copyright infringement with respect to the Asserted Copyrights.

**TOPIC NO. 7:**

Any instances in which You searched for and/or located the Images on any website before You discovered the Images on Ziff Davis' websites, before November 2018.

**TOPIC NO. 8:**

Any instances in which You asserted, or threatened to assert, a claim for copyright infringement based in images located via reverse image searching before May 31, 2016.  (For clarification, the date restriction qualifies the date on which You located the images).

**TOPIC NO. 9:**

Your involvement with titancopyright.com and imagedefenders.com, including any engagement of and communications with ImageRights before November 30, 2018.

**TOPIC NO. 10:**

The identity, authenticity, creation, and source of documents produced by You in this litigation.

## DEFINITIONS

The following definitions apply to each of the topics above.

1.      The terms "you" or "your" refer to Plaintiff Michael Grecco Productions, Inc. d/b/a Michael Grecco Photography, Inc.

NOTICE OF DEPOSITION PURSUANT TO RULE 30(b)(6)

2.     The term "Images" refers to the images described in paragraphs 13-15 of Your First Amended Complaint.

3.     The term "Asserted Copyrights" refers to VA 1-232-596 and VA 2-030-741 as referenced in paragraph 15 of Your First Amended Complaint.

4.     The terms "document" or "documents" mean the original of (in absence of the original, then a copy thereof) and all file copies and copies not identical to the original of any writing or record of every type, form or description that is in YOUR possession, custody or control, or which no longer is in YOUR possession but of which YOU still have knowledge, whether or not said writings or records are claimed to be privileged or otherwise immune from discovery, including the following items:  notes, correspondence, communication of any nature, telegrams, e-mail messages, cables, memoranda, notebooks of any nature, summaries or records of telephone conversations or personal interviews, diaries, routing slips or memoranda, reports (including tests and analysis reports), publications, invoices, specifications, shipping papers, purchase orders, shop instrument output, plans, patterns, drawings, photographs of any nature, including photomicrographs, whether by scanning electron microscope or any other means, artist drawings, sketches, blueprints, minutes or records of meetings, transcripts, oral testimony or statements, reports and/or summaries of interviews, reports and/or summaries of investigation, opinions or reports of consultants, forecasts, reports of trademark and/or patent searches, trademark and/or patent appraisals, opinions of counsel, agreements and contracts (including all modifications or revisions thereof), reports and/or summaries of negotiations, court papers, labels, tags, plaques, flyers, countercards, brochures, pamphlets, advertisements, advertising layouts, circulars, trade letters, press releases, and translations, whether said writings or records are on paper, magnetic tape, microfilm, fiche or any other storage or recording medium.

5.     The terms "document" or "documents" also include any documents which did exist, but as to the date of response of production have been destroyed, lost, misplaced or is otherwise unavailable.  For any such document, the response must

NOTICE OF DEPOSITION PURSUANT TO RULE 30(b)(6)

identify the document by date, subject matter, author, addressee, and persons to whom the document was distributed, must state whether the document was lost, destroyed or misplaced; and must state the name and address of the person who last had custody of or knowledge of the existence of the document.

6.    The terms "relating to," "related to," "regarding," and "concerning," shall mean, without limitation, constituting, comprising, describing, explaining, summarizing, being logically connected to, being chronologically connected to, or mentioning, whether directly or indirectly.

7.    The term "PERSON" means any individual, firm, partnership, corporation, association, or any other organization or entity.

8.    The term "date" or "dates" means the exact date, month and year or, if not ascertainable, the best approximation thereof.

9.    The terms "and" and "or" shall be construed either disjunctively or conjunctively, as necessary, to bring within the scope of the discovery request all responses that might otherwise be construed to be outside of such scope.

10.   The term "each" shall include the word "every" and "every" shall include the word "each."

11.   The terms "any" shall include the word "all," and "all" shall include the word "any."

12.   The terms "includes," "including," or "such as" shall be used nonexclusively (i.e. to mean "including without limitation . . ." or "including, but not limited to . . .").

13.   The use of the singular form of any word includes the plural and vice versa.

14.   The present tense includes the past and future tenses.

15.   Words in the masculine, feminine or neutral form shall include each of the other genders.

NOTICE OF DEPOSITION PURSUANT TO RULE 30(b)(6)

1    DATED: May 28, 2021          By:    */s/ Michael Eshaghian*

2                                        Guy Ruttenberg
                                         Michael Eshaghian
3                                        RUTTENBERG IP LAW, A
                                         PROFESSIONAL CORPORATION
4                                        1801 Century Park East, Suite 1920
                                         Los Angeles, CA 90067
5                                        Telephone: (310) 627-2270
                                         Facsimile: (310) 627-2260
6                                        guy@ruttenbergiplaw.com
7                                        mike@ruttenbergiplaw.com

8                                        *Attorneys for Defendant*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE**

I, the undersigned, declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and not a party to the above-entitled cause.  On May 28, 2021, I caused to be served the foregoing document on the interested parties in this action as set forth below:

**DEFENDANT ZIFF DAVIS, LLC'S NOTICE OF DEPOSITION OF PLAINTIFF MICHAEL GRECCO PRODUCTIONS, INC. d/b/a MICHAEL GRECCO PHOTOGRAPHY, INC. PURSUANT TO RULE 30(b)(6)**

| | |
|---|---|
| *__Via Email__* | |
| Mathew K. Higbee | |
| Ryan E. Carreon | |
| HIGBEE & ASSOCIATES | *Attorneys for Plaintiff,* |
| 1504 Brookhollow Dr., Suite 112 | *Michael Grecco Productions, Inc* |
| Santa Ana, CA 92705 | |
| (714) 617-8336 | |
| (714) 597-6559 facsimile | |
| mhigbee@higbeeassociates.com | |
| rcarreon@higbeeassociates.com | |

I declare under penalty of perjury under the laws of the State of California and the United States of America that the forgoing is true and correct.

Executed on May 28, 2021, in Los Angeles, California.

By:  _____
               */s/ Michael Eshaghian*
                Michael Eshaghian

1
PROOF OF SERVICE