Guy Ruttenberg, Bar No. 207937
guy@ruttenbergiplaw.com
Michael Eshaghian, Bar No. 300869
mike@ruttenbergiplaw.com
RUTTENBERG IP LAW,
A PROFESSIONAL CORPORATION
1801 Century Park East, Suite 1920
Los Angeles, CA 90067
Telephone: (310) 627-2270
Facsimile: (310) 627-2260

*Attorneys for Defendant Ziff Davis, LLC*

Mathew K. Higbee, Esq., SBN 241380
mhigbee@higbeeassociates.com
Ryan E. Carreon, Esq., SBN 311668
rcarreon@higbeeassociates.com
HIGBEE & ASSOCIATES
1504 Brookhollow Dr., Suite 112
Santa Ana, CA 92705
Telephone: (714) 617-8336
Facsimile: (714) 597-6559

*Attorneys for Plaintiff Michael Grecco Productions Inc.*

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

MICHAEL GRECCO PRODUCTIONS, INC. d/b/a MICHAEL GRECCO PHOTOGRAPHY, INC.,

Plaintiff,

v.

ZIFF DAVIS, LLC; and DOES 1 through 10 inclusive,

Defendants.

Case No. 2:19-cv-04776-DSF-JC

**JOINT STIPULATION RE DEADLINE FOR LIMITED DISCOVERY RELATING TO STATUTE OF LIMITATIONS**

Judge: Hon. Jacqueline Chooljian
Current Deadline: July 16, 2021
Proposed Deadline: September 14, 2021

Defendant Ziff Davis LLC ("Ziff Davis") and Plaintiff Michael Grecco Productions, Inc., d/b/a Michael Grecco Photography, Inc. ("MGP") (collectively, the "parties") by and through their respective counsel of record, jointly request a limited extension of certain deadlines and hereby stipulate as to certain deadlines in order to avoid further discovery disputes and for other good cause as set forth below, subject to the Court's consent:

WHEREAS, this Court's March 19, 2021 Order set a deadline of July 16, 2021 for the parties to complete discovery on the statute of limitations issue (Dkt. No. 54);

WHEREAS, MGP previously identified two employees/officers (Mr. Grecco and Ms. Yamada) in its Rule 26(a) initial disclosures relating to the statute of limitations;

WHEREAS, on May 28 and June 3, 2021, Ziff Davis noticed MGP and its employees/officers Mr. Grecco and Ms. Yamada for depositions on July 1 and 2, 2021;

WHEREAS MGP has confirmed that Mr. Grecco and Ms. Yamada will be its corporate designees as to certain topics in the Rule 30(b)(6) deposition notice;

WHEREAS, the parties had previously confirmed that MGP and its employees are available for the noticed depositions on July 1 and 2, 2021;

WHEREAS, MGP moved *ex parte* to stay discovery on June 24, 2021, which the Court denied on June 30, 2021;

WHEREAS, after the Court denied MGP's *ex parte* application, MGP and its employees stipulated to a non-appearance for their noticed depositions on July 1 and 2, 2021, so that Ziff Davis could avoid incurring fees/costs associated with taking a non-appearance;

WHEREAS, MGP has agreed to produce Mr. Grecco for deposition (both as an individual and in his capacity as a Rule 30(b)(6) designee) on July 13, 2021;

WHEREAS, MGP's counsel has also represented that Ms. Yamada is on an extended vacation and will not be available for a deposition before the current

discovery cutoff;

WHEREAS, Ziff Davis subpoenaed third-party ImageRights for documents (which were due on May 28, 2021) and a deposition (which was to take place on July 6, 2021), but ImageRights has yet to produce any documents and was unavailable for a deposition on the noticed date, and ImageRights' counsel has informed the parties that its designee prefers to proceed for deposition at a later time after the cutoff date;

WHEREAS, Ziff Davis subpoenaed third-party Google for documents and a deposition which was to take place on July 6, 2021, but Google is attempting to provide an authenticating declaration in lieu of such a deposition;

WHEREAS, the parties have informally raised various discovery disputes before the Court and, per the Court's instructions, expect to submit those disputes in a more formal manner; and

WHEREAS, Plaintiff may raise other issues before the Court;

NOW THEREFORE IT IS HEREBY STIPULATED and agreed by and between Ziff Davis and Grecco, subject to the Court's permission, as follows:

1. The deadline to complete discovery on the statute of limitations issue shall be extended by 60 days from July 16, 2021, to September 14, 2021.

2. Absent written agreement by the parties specifying another date, the deposition of Michael Grecco, in his individual capacity and as a Rule 30(b)(6) corporate representative of Grecco shall proceed on July 13, 2021.

3. Absent written agreement by the parties specifying another date, the deposition of Torina Yamada, in her individual capacity and as a Rule 30(B)(6) corporate representative of Grecco shall be proceed on July 22, 2021.

4. Absent written agreement by the parties, the depositions of Grecco, Mr. Grecco and Ms. Yamada shall proceed in the offices of Ziff Davis' counsel.

5. The parties shall work cooperatively with ImageRights and (to the extent necessary) Google to confirm deposition dates.

It is so Stipulated.

DATED: July 8, 2021 By: */s/ Guy Ruttenberg*

Guy Ruttenberg
Michael Eshaghian
RUTTENBERG IP LAW, A PROFESSIONAL CORPORATION
1801 Century Park East, Suite 1920
Los Angeles, CA 90067
Telephone: (310) 627-2270
Facsimile: (310) 627-2260
guy@ruttenbergiplaw.com
mike@ruttenbergiplaw.com

*Attorneys for Defendant*

DATED: July 8, 2021 By: */s/ Ryan Carreon*

Mathew K. Higbee
Ryan E. Carreon
HIGBEE & ASSOCIATES
1504 Brookhollow Dr., Suite 112
Santa Ana, CA 92705
Telephone: (714) 617-8336
Facsimile: (714) 597-6559
mhigbee@higbeeassociates.com
rcarreon@higbeeassociates.com

*Attorneys for Plaintiff*

**ATTESTATION**

I, Guy Ruttenberg, am the CM/ECF user whose ID and password are being used to file this JOINT STIPULATION. In compliance with L.R. 5-4.3.4(a)(2)(i), I hereby attest that Ryan E. Carreon has concurred in this filing.

By: */s/ Guy Ruttenberg*
Guy Ruttenberg