# Exhibit 2

Mathew K. Higbee, Esq., SBN 241380
Ryan E. Carreon, Esq., SBN 311668
**HIGBEE & ASSOCIATES**
1504 Brookhollow Dr., Suite 112
Santa Ana, CA 92705
(714) 617-8336
(714) 597-6559 facsimile
mhigbee@higbeeassociates.com
rcarreon@higbeeassociates.com

*Attorneys for Plaintiffs,*
MICHAEL GRECCO PRODUCTIONS, INC.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL GRECCO PRODUCTIONS, INC. d/b/a MICHAEL GRECCO PHOTOGRAPHY, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ZIFF DAVIS, LLC; and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No. 4:20-cv-04776-DSF-PJW<br><br>**PLAINTIFF'S INITIAL DISCLOSURES** |

1
**INITIAL DISCLOSURES**

Pursuant to Fed. R. Civ. P. 26(a)(1), Plaintiff Michael Grecco Productions, Inc. d/b/a Michael Grecco Photography Inc. ("MGP") provides its initial disclosures to Ziff Davis, LLC ("Ziff Davis"). These disclosures are based on Plaintiff's preliminary understanding of the facts as set forth in the Amended Complaint. MGP reserves the right to supplement or amend these disclosures, including pursuant to Fed. R. Civ. P. 26(e), after learning more about the nature and details of the facts.

**I.     Individuals Likely to Have Discoverable Information**

Pursuant to Fed. R. Civ. P. 26(a)(1)(A)(i), MGP discloses the following individuals likely to have discoverable information that may be used to support MGP's claims and defenses. MGP reserves the right to amend or supplement these disclosures, including as provided by Fed. R. Civ. P. 26(e). The following disclosures do not include persons whose testimony is likely to be used solely for impeachment, rebuttal, or expert witness testimony, who will be disclosed in accordance with the schedule set by the Court or the Federal Rules of Civil Procedure:

1. Michael Grecco, c/o Higbee & Associates, 1504 Brookhollow Drive, Santa Ana, CA, 92705; Mr. Grecco possesses knowledge regarding the creation, ownership, copyright registration, and licensing of the photographs at issue, as well as MGP's methods for detecting infringement of its intellectual property. Mr. Grecco also possesses knowledge regarding prelitigation communications with representatives of Ziff Davis.

2. Torina Yamada, c/o Higbee & Associates, 1504 Brookhollow Drive, Santa Ana, CA, 92705. Ms. Yamada possesses knowledge of the circumstances surrounding the discovery of the infringing uses of the photographs at issue on the websites at issue.

3.  Ziff Davis, LLC, c/o Ruttenberg IP Law, 1801 Century Park East, Suite 1920. Los Angeles, CA 90067; Ziff Davis possesses knowledge concerning the individual(s) responsible for uploading the photographs at issue to the websites at issue, the date(s) upon which the photographs at issue were uploaded, the source from which the photographs at issue were obtained, the number of visitors to the articles containing the photographs at issue.

4.  George Wukoson, Senior Corporare Counsel, Ziff Davis, LLC, 345 Hudson Street, 16th Floor, New York, NY 10014; Mr. Wukoson possesses knowledge and documents concerning the prelitigation correspondence between Mr. Grecco and Ziff Davis.

## II. Description of Documents and Things in MGPs Possession, Custody, or Control That May Be Used to Support MGP's Claims or Defenses.

Pursuant to Fed. R. Civ. P. 26(a)(1)(A)(ii), MGP hereby discloses the following documents and things in its possession, custody or control that it may use to support its claims. MGP reserves the right to amend or supplement these disclosures as provided under Fed. R. Civ. P. 26(e). The following disclosures do not include documents and things that are likely to be offered solely for impeachment:

1. MGP's pleadings and all documents attached thereto.
2. The copyright registrations of the photographs at issue.
3. Screenshots of the use of MGP's photographs on the websites at issue.
4. Email communications with representatives of Ziff Davis.

## III. Computation of Damages

Pursuant to Fed. R. Civ. P. 26(a)(1)(A)(iii), MGP discloses that it is entitled to recover damages in the form of, *inter alia*, actual damages and Ziff Davis' profits or statutory damages pursuant to 17 U.S.C. § 504(b) and (c) at MGP's election, attorneys' fees and costs pursuant to 17 U.S.C. § 505, and interest based on MGP's

claims. MGP anticipates that damages calculations will depend upon analyses and testimony to be developed and disclosed according to the schedule set by the Federal Rules of Civil Procedure and the Court.

### IV. Insurance Disclosure

MGP is not currently aware of any insurance agreement that may be responsive to Fed. R. Civ. P. 26(a)(1)(A)(iv), but will supplement this response is such an agreement is subsequently discovered.

### V. Reservation of Rights

MGP reserves the right to amend or supplement these disclosures as provided by Fed. R. Civ. P. 26(e) and to object to the admissibility of any document or statement herein or in Ziff Davis' initial disclosures on all bases set forth in the Federal Rules of Civil Procedure, Federal Rules of Evidence, and governing law.

Dated: March 26, 2021                    Respectfully submitted,

**/s/ Ryan E. Carreon**
Ryan E. Carreon, Esq.
Cal Bar No. 311668
**HIGBEE & ASSOCIATES**
1504 Brookhollow Dr., Ste 112
Santa Ana, CA 92705-5418
(714) 617-8336
(714) 597-6559 Facsimile
*Attorney for Plaintiff*

# PROOF OF SERVICE

I, the undersigned, say:

I am a citizen of the United States and I am a member of the Bar of this Court. I am over the age of 18 and not a party to the within action My business address is 1504 Brookhollow Dr., Ste 112, Santa Ana, California, 92705.

On March 26, 2021, I caused to be served the foregoing documents:

**INITIAL DISCLOSURES**

X   I hereby certify that I served a copy of the above reference document by Electronic Mail to the following individuals:

   Guy Ruttenberg    Guy@ruttenbergiplaw.com

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on March 26, 2021, at Santa Ana, California.

   */s/ Ryan E. Carreon*
   Ryan E. Carreon