Guy Ruttenberg, Bar No. 207937
guy@ruttenbergiplaw.com
Michael Eshaghian, Bar No. 300869
mike@ruttenbergiplaw.com
RUTTENBERG IP LAW,
A PROFESSIONAL CORPORATION
1801 Century Park East, Suite 1920
Los Angeles, CA 90067
Telephone: (310) 627-2270
Facsimile: (310) 627-2260

*Attorneys for Defendant Ziff Davis, LLC*

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GRECCO PRODUCTIONS, INC. d/b/a MICHAEL GRECCO PHOTOGRAPHY, INC., <br><br> Plaintiff, <br><br> v. <br><br> ZIFF DAVIS, LLC; and DOES 1 through 10 inclusive, <br><br> Defendants. | Case No. 2:19-cv-04776-DSF-JC <br><br> **DEFENDANT ZIFF DAVIS, LLC'S MOTION TO EXTEND DISCOVERY PERIOD BY 30 DAYS** <br><br> Judge:    Hon. Jacqueline Chooljian <br> Courtroom: 750 <br> Date:    N/A <br> Time:    N/A <br> Discovery Cutoff (for Statute of Limitations Issue): September 14, 2021 |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT, in Courtroom 750 of the above-referenced Court, located at 255 East Temple Street, Los Angeles, CA, 90012, Defendant Ziff Davis LLC ("Ziff Davis") will and hereby does move for an Order extending the limited discovery period for 30 days until October 14, 2021.

As set forth in more detail in the memorandum of points and authorities below, there exists good cause to extend the limited discovery period for 30 days, including because of various discovery issues that remain outstanding and Plaintiff Michael Grecco Productions, Inc.'s ("MGP") recent substitution of counsel.

This motion is based on the memorandum of points and authorities, the supporting Declaration of Michael Eshaghian and all exhibits thereto, the [Proposed] Order submitted herewith, all pleadings (including exhibits) in this litigation, all other papers and proceedings in this action, any argument at a hearing set by the Court and other such matters as the Court deems proper.

## Memorandum of Points and Authorities

Defendant Ziff Davis, LLC ("Ziff Davis") moves to extend the discovery period by 30 days.  Defendant respectfully submits that there is good cause for the extension, as follows:

- A discovery dispute is pending before the Court (Dkt. Nos. 73, 74), which discovery may require additional time to complete once those issues are resolved.  During the March 3, 2021 status conference, the Magistrate Judge suggested the parties raise discovery disputes informally by contacting the Clerk.  The parties did so in early June, but were advised to file either cross-briefs or a Joint Stipulation.  In the meantime, Plaintiff filed an *ex parte* application to stay, which was subsequently denied.  (Dkt. No. 58, 68).  After it was denied, the parties filed their cross briefs, but have yet to receive a hearing.

- In July, Plaintiff's (now former) counsel was unavailable to discuss these issues because he was preparing for a Bar Examination in Delaware.

1      •      In August, Plaintiff's counsel advised that he would be withdrawing as

2 counsel of record for the case. In the interim, counsel explained that he could not

3 discuss hearing dates, discovery issues or extensions. That substitution did not happen

4 until August 25, 2021.

5      •      On August 25, 2021, the undersigned had a call with Plaintiff's new

6 counsel. Defendant's counsel again asked about extending the discovery deadline by

7 30 days and setting a hearing with the Magistrate Judge to address the pending

8 discovery disputes.

9      •      On August 26, 2021, Plaintiff's new counsel informed Defendant that

10 Plaintiff opposes this extension.

11      Given the issues outlined above and the discovery motions that have been

12 pending, and the delays caused by Plaintiff's substitution of counsel, good cause exists

13 for an extension of the discovery deadline.

14      For the reasons set forth above, Defendant respectfully requests that the Court

15 extend the discovery deadline relating to the statute of limitations by 30 days from

16 September 14, 2021 until October 14, 2021.

17

18

19   DATED: August 30, 2021      By:    */s/Guy Ruttenberg*

20                                      Guy Ruttenberg

21                                      Michael Eshaghian
                                     RUTTENBERG IP LAW, A

22                                      PROFESSIONAL CORPORATION
                                     1801 Century Park East, Suite 1920

23                                      Los Angeles, CA 90067
                                     Telephone: (310) 627-2270

24                                      Facsimile: (310) 627-2260
                                     guy@ruttenbergiplaw.com

25                                      mike@ruttenbergiplaw.com

26                                      *Attorneys for Defendant*

27

28

DEFENDANT'S MOTION TO EXTEND DISCOVERY PERIOD