# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GRECCO PRODUCTIONS, INC. d/b/a MICHAEL GRECCO PHOTOGRAPHY, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ZIFF DAVIS, LLC; and DOES 1 through 10 inclusive,<br><br>　　　　Defendants. | Case No. 2:19-cv-04776-DSF-JC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO EXTEND DISCOVERY PERIOD BY 30 DAYS**<br><br>Judge:　　Hon. Jacqueline Chooljian |

The Court, having considered the Defendant's Motion to Extend Discovery Period by 30 Days, any Opposition thereto, the pleadings and any other matters of which the Court may take judicial notice, GRANTS Defendant's Motion and HEREBY ORDERS as follows:

1. The discovery deadline relating to the statute of limitations is extended by 30 days from September 14, 2021 until October 14, 2021.

**IT IS SO ORDERED.**

DATED: _____, 2021

By _____
Hon. Jacqueline Chooljian
United States Magistrate Judge