Stephen M. Doniger, Esq. (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs, Esq. (SBN 235718)
scott@donigerlawfirm.com
Kelsey M. Schultz (SBN 328159)
kschultz@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GRECCO PRODUCTIONS, INC., d/b/a "Michael Grecco Photography", a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>ZIFF DAVIS, LLC; and DOES 1 through 10 inclusive,<br><br>Defendants. | CASE NO.: 2:19-cv-04776-DSF-JC<br><u>Hon. Dale S. Fischer Presiding</u><br><br>**PLAINTIFF MICHAEL GRECCO PRODUCTIONS INC.'S NOTICE TO PROCEED WITH THE MOTION TO DISQUALIFY AND HAVE ALL DOCUMENTS UNSEALED** |

- 1 -

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

     **PLEASE TAKE NOTICE THAT** Plaintiff Michael Grecco Productions, Inc. ("Plaintiff") respectfully submits this response to the Court's Order dated August 23, 2021, filed as Docket. No. 87.  Plaintiff advises the Court that it wishes to proceed with its Motion to Disqualify and has no objection to all affiliated documents being unsealed and available for public view.

                                    Respectfully submitted,

Date: August 31, 2021         By:   */s/ Stephen M Doniger*
                                                    Stephen M. Doniger, Esq.
                                                    Kelsey M. Schultz, Esq.
                                                    DONIGER / BURROUGHS
                                                    Attorneys for Plaintiff