Stephen M. Doniger, Esq. (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs, Esq. (SBN 235718)
scott@donigerlawfirm.com
Kelsey M. Schultz (SBN 328159)
kschultz@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GRECCO PRODUCTIONS, INC., d/b/a "Michael Grecco Photography", a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>ZIFF DAVIS, LLC; and DOES 1 through 10 inclusive,<br><br>Defendants. | CASE NO.: 2:19-cv-04776-DSF-JC<br><u>Hon. Dale S. Fischer Presiding</u><br><br>**PLAINTIFF MICHAEL GRECCO PRODUCTIONS INC.'S OPPOSITION TO DEFENDANT'S MOTION TO EXTEND DISCOVERY PERIOD BY 30 DAYS**<br><br>Date:       N/A<br>Time:       N/A<br>Courtroom:  750 |

- 1 -

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO EXTEND DISCOVERY PERIOD BY 30 DAYS

# MEMORANDUM OF POINTS AND AUTHORITIES

## I. INTRODUCTION

Defendant Ziff Davis, LLC's ("Defendant" or "Ziff Davis") Motion for yet another extension of the initial limited discovery period should be denied. This case is at its earliest stages, and the Parties have been tasked with engaging in limited discovery on the narrow issue of the statute of limitations--i.e., whether Plaintiff knew or had reason to know of Defendant's infringement more than 3 years before this action was filed. Defendant has propounded multiple sets of discovery to flush out what Plaintiff knew and when, and obtained a 60-day extension of the limited discovery deadline on July 8, 2021 (Dkt. No. 70). The parties are scheduled for a hearing before the Court regarding their outstanding discovery disputes on September 3, 2021 – well before the current discovery deadline of September 14, 2021, and Defendant has failed in this motion to identify any additional information necessary to the statute of limitations defense that it has not had a reasonable opportunity to secure in the time it has had. Defendant has thus failed to establish that good cause exists to grant another extension of the discovery deadline, and enough is enough. This Motion should be denied.

## II. ARGUMENT

An extension should not be granted as this Court previously granted an extension of 60 days to the parties to complete all discovery related to the statute of limitations issue. *See,* Dkt. No. 70. This Court further delineated the matters to be conducted during this time period: the depositions of Michael Grecco and Torina Yamada, and to confirm deposition dates with ImageRights and Google. *Id.* Both Michael Grecco and Torina Yamada have since been deposed, deposition dates have been confirmed with ImageRights, and Google has produced documents responsive to Ziff Davis' requests. Indeed, Defendant has conducted extensive discovery, all of which evinces that Grecco had no constructive knowledge of Ziff Davis' infringements prior to 2018.

1    Further, while the parties do have an ongoing discovery dispute regarding Defendant's discovery requests, both parties have fully briefed the issues, and a hearing is scheduled with this Court on September 3, 2021. As this Court will see, the discovery on which Defendant moves to compel is overbroad, burdensome, harassing, and either entirely unrelated to the limited statutory of limitations inquiry or grossly disproportionate to the discovery needs to address that question—including seeking documents related to image search services Plaintiff or its principal started or joined *after* discovering Defendant's infringement, thousands of documents reflecting search results for images that have nothing to do with this case, and general information regarding Grecco's business, confidential financial information, and past litigation, all of which is wholly irrelevant to the statute of limitations issue. So owing, Defendant's discovery disputes do not warrant granting another extension of the limited discovery deadline.

Should additional discovery be required after Court's ruling on the parties' discovery dispute, it can certainly be completed within the eleven days after the parties' discovery hearing in compliance with the Orders of this Court. Thus, any outstanding discovery disputes can be resolved well before the current September 14, 2021 deadline thereby rendering Defendant's argument in support of an extension moot.  So owing, this motion should be denied.

### III. CONCLUSION

For the foregoing reasons Plaintiff respectfully requests that this Court deny Defendant's Motion in its entirety.

Respectfully submitted,

Date: August 31, 2021            By:   */s/ Stephen M Doniger*
                                       Stephen M. Doniger, Esq.
                                       Kelsey M. Schultz, Esq.
                                       DONIGER / BURROUGHS
                                       Attorneys for Plaintiff