1  Guy Ruttenberg, Bar No. 207937
   guy@ruttenbergiplaw.com
2  Michael Eshaghian, Bar No. 300869
   mike@ruttenbergiplaw.com
3  RUTTENBERG IP LAW,
4  A PROFESSIONAL CORPORATION
   1801 Century Park East, Suite 1920
5  Los Angeles, CA 90067
   Telephone: (310) 627-2270
6  Facsimile: (310) 627-2260

7  *Attorneys for Defendant Ziff Davis, LLC*

8
9  Stephen M. Doniger, Bar No. 179314
   stephen@donigerlawfirm.com
10 Scott A Burroughs, Bar No. 235718
   scott@donigerlawfirm.com
11 Kelsey M. Schultz, Bar No. 328159
   kschultz@donigerlawfirm.com
12 DONIGER / BURROUGHS
13 603 Rose Avenue
   Venice, California 90291
14 Telephone: (310) 590-1820

15 *Attorneys for Plaintiff Michael Grecco Productions,
   Inc.*
16

17            **UNITED STATES DISTRICT COURT**

18         **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

19

| | |
|---|---|
| 20  MICHAEL GRECCO PRODUCTIONS, INC. d/b/a MICHAEL GRECCO PHOTOGRAPHY, INC., | Case No. 2:19-cv-04776-DSF-JC |
| 22                 Plaintiff, | **JOINT NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL DEADLINES** |
| 24     v. | |
| 25  ZIFF DAVIS, LLC; and DOES 1 through 10 inclusive, | Date:     N/A<br>Time:     N/A<br>Courtroom: 7D<br>Judge:    Hon. Dale S. Fischer |
| 27                 Defendants. | |

28

Plaintiff Michael Grecco Productions, Inc. and Defendant Ziff Davis, LLC (collectively, the "Parties") hereby inform the Court that they have reached a binding settlement. The Parties expect that Plaintiff will file a Notice of Dismissal with Prejudice within 14 days.

The Parties jointly request that the Court vacate all deadlines set in the case.

No future hearing, status conference or trial date is presently scheduled in this case.

DATED: October 6, 2021    By:    */s/ Guy Ruttenberg*
Guy Ruttenberg
Michael Eshaghian
RUTTENBERG IP LAW, A PROFESSIONAL CORPORATION
1801 Century Park East, Suite 1920
Los Angeles, CA 90067
Telephone: (310) 627-2270
Facsimile: (310) 627-2260
guy@ruttenbergiplaw.com
mike@ruttenbergiplaw.com

*Attorneys for Defendant Ziff Davis, LLC*

DATED: October 6, 2021    By:    */s/ Stephen M. Doniger*
Stephen M. Doniger, Bar No. 179314
stephen@donigerlawfirm.com
Scott A Burroughs, Bar No. 235718
scott@donigerlawfirm.com
Kelsey M. Schultz, Bar No. 328159
kschultz@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

*Attorneys for Defendant Ziff Davis, LLC*