Stephen M. Doniger, Esq. (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs, Esq. (SBN 235718)
scott@donigerlawfirm.com
Kelsey M. Schultz (SBN 328159)
kschultz@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GRECCO PRODUCTIONS, INC., d/b/a "Michael Grecco Photography", a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> ZIFF DAVIS, LLC; and DOES 1-10, <br><br> Defendants. | CASE NO.: 2:19-cv-04776-DSF-JC <br> _Hon. Dale S. Fischer Presiding_ <br><br> **NOTICE OF DISMISSAL OF ACTION WITH PREJUDICE** |

- 1 -

*TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:*

PLEASE TAKE NOTICE that Plaintiff Michael Grecco Productions, Inc., pursuant to Fed. R. Civ. P. § 41(a)(1)(A)(i), and the parties' Joint Notice of Settlement, filed under Docket Number 100, hereby dismisses this action with prejudice with each party bearing its own respective costs and attorneys' fees as incurred against one another in connection with this Action.

Respectfully submitted,

Date: November 8, 2021          By:     */s/ Kelsey M. Schultz*
                                        Stephen M. Doniger, Esq.
                                        Kelsey M. Schultz, Esq.
                                        DONIGER / BURROUGHS
                                        Attorneys for Plaintiff

- 2 -